UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| **IN THE MATTER OF THE SEARCH OF** ) <br> premises located at 115 Rutter Road, ) <br> Bennington, Vermont, ) <br> ) | No. 2:16-cr-154-1 |

## ORDER

This matter having been presented to the Court by the Government, and the Court having considered the motion and with good cause shown, it is hereby

ORDERED, that the Application and Affidavit for Search Warrant and the Search Warrant issued on November 29, 2016 are hereby unsealed as the reasons for sealing these documents no longer exist.

Dated at Burlington, in the District of Vermont, this 5th day of July, 2017.

/s/ William K. Sessions III

WILLIAM K. SESSIONS III
United States District Judge

1